

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Ascencion Chon Vidal and
Adrianna Perez Vidal,

\* From the 326th District Court
  of Taylor County,
  Trial Court No. 19-13980N

Vs. No. 11-20-00162-CV

\* May 19, 2022

Rebecca Pedroza Anderson,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court concerning its issuance of the family-violence protective order. We reverse the order of the trial court as to the duration of the protective order, and we remand this cause to the trial court for further proceedings consistent with this court's opinion. The costs incurred by reason of this appeal are taxed 50% against Rebecca Pedroza Anderson, and because Ascencion Chon Vidal and Adrianna Perez Vidal have been determined to be indigent, no costs are taxed against them. *See* TEX. R. APP. P. 20.1, 43.4.